NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSE ANTONIO CARIAS, JR.,              )
                                       )
                Appellant,             )
                                       )
v.                                     )          Case No. 2D17-3791
                                       )
STATE OF FLORIDA,                      )
                                       )
                Appellee.              )
_____)

Opinion filed January 4, 2019.

Appeal from the Circuit Court for
Highlands County; Peter F. Estrada
Judge.

Howard L. Dimmig, II, Public
Defender, and Matthew D. Bernstein,
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.


                Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.